Michael R. Bracamontes, State Bar No. 242655
Ryan J. Vlasak, State Bar No. 241581
Kristen M. Ross, State Bar No. 250917
BRACAMONTES & VLASAK, P.C.
220 Montgomery Street, Suite 870
San Francisco, California 94104
Telephone:    (415) 835-6777
Facsimile:     (415) 835-6780

Attorneys for Plaintiff
M. OTIS BEARD

Thomas F. Bertrand, State Bar No. 056560
Michael C. Wenzel, State Bar No. 215388
Joshua K. Clendenin, State Bar No. 245564
Alan J. Chang, State Bar No. 263900
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, CA  94102
Telephone:    (415) 353-0999
Facsimile:     (415) 353-0990

Attorneys for Defendants
COUNTY OF ALAMEDA and GREGORY AHERN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. OTIS BEARD, | Case No.  C11-02479 JCS |
| Plaintiff, | **NOTICE OF SETTLEMENT OF CASE AND [PROPOSED] ORDER** |
| v. | |
| COUNTY OF ALAMEDA, GREGORY AHERN, and DOES 1-20, inclusive, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Defendants COUNTY OF ALAMEDA and GREGORY AHERN and plaintiff M. OTIS BEARD, by and through their respective attorneys of record, (collectively, the "PARTIES"), have reached a settlement in this matter.

The PARTIES are currently in the process of finalizing settlement documents and anticipate filing a Stipulation to Dismissal in the near future.

The PARTIES respectfully request at this time that all upcoming hearing dates in this matter be vacated from the Court's calendar, and that the parties be ordered to file a stipulation for dismissal or joint status report by January 5, 2012.

The parties respectfully request this Court incorporate the terms of this stipulation in a written order.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: November 11, 2011          BRACAMONTES & VLASAK, P.C.

By:  /s/ *Michael R. Bracamontes*
Michael R. Bracamontes
Ryan J. Vlasak
Kristen M. Ross
Attorneys for Plaintiff
M. OTIS BEARD


DATED: November 11, 2011          BERTRAND, FOX & ELLIOT

By:  /s/ *Michael C. Wenzel*
Thomas F. Bertrand
Michael C. Wenzel
Attorneys for Defendants
COUNTY OF ALAMEDA
and GREGORY AHERN

## **ORDER**

GOOD CAUSE APPEARING THEREFORE, the parties shall file a stipulation for dismissal or joint status report by January 5, 2012.

IT IS SO ORDERED.

DATED: ___11/21/11_____



_____
HONORABLE JOSEPH C. SPERO
United States Magistrate Judge