1  Michael R. Bracamontes, State Bar No. 242655
2  Ryan J. Vlasak, State Bar No. 241581
3  Kristen M. Ross, State Bar No. 250917
   BRACAMONTES & VLASAK, P.C.
   220 Montgomery Street, Suite 870
4  San Francisco, California 94104
5  Telephone:    (415) 835-6777
   Facsimile:    (415) 835-6780

6
   Attorneys for Plaintiff
7  M. OTIS BEARD

8  Thomas F. Bertrand, State Bar No. 056560
   Michael C. Wenzel, State Bar No. 215388
9  Joshua K. Clendenin, State Bar No. 245564
10 Alan J. Chang, State Bar No. 263900
   BERTRAND, FOX & ELLIOT
11 2749 Hyde Street
   San Francisco, CA  94102
12 Telephone:    (415) 353-0999
   Facsimile:    (415) 353-0990
13
14 Attorneys for Defendants
   COUNTY OF ALAMEDA and GREGORY AHERN
15

16                       UNITED STATES DISTRICT COURT
17                      NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| M. OTIS BEARD, | ) Case No.  C11-02479 JCS |
|  | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT OF CASE** |
|  | ) **AND [PROPOSED] ORDER** |
| v. | ) |
|  | ) |
| COUNTY OF ALAMEDA, GREGORY | ) |
| AHERN, and DOES 1-20, inclusive, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

---

1

NOTICE OF SETTLEMENT OF CASE AND [PROPOSED] ORDER

**PLEASE TAKE NOTICE** that Defendants COUNTY OF ALAMEDA and GREGORY AHERN and plaintiff M. OTIS BEARD, by and through their respective attorneys of record, (collectively, the "PARTIES"), have reached a settlement in this matter.

The PARTIES are currently in the process of finalizing settlement documents and anticipate filing a Stipulation to Dismissal in the near future.

The PARTIES respectfully request at this time that all upcoming hearing dates in this matter be vacated from the Court's calendar, and that the parties be ordered to file a stipulation for dismissal or joint status report by January 5, 2012.

The parties respectfully request this Court incorporate the terms of this stipulation in a written order.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: November 11, 2011    BRACAMONTES & VLASAK, P.C.

By: /s/ *Michael R. Bracamontes*
Michael R. Bracamontes
Ryan J. Vlasak
Kristen M. Ross
Attorneys for Plaintiff
M. OTIS BEARD

DATED: November 11, 2011    BERTRAND, FOX & ELLIOT

By: /s/ *Michael C. Wenzel*
Thomas F. Bertrand
Michael C. Wenzel
Attorneys for Defendants
COUNTY OF ALAMEDA
and GREGORY AHERN

**ORDER**

GOOD CAUSE APPEARING THEREFORE, the parties shall file a stipulation for dismissal or joint status report by January 5, 2012.

IT IS SO ORDERED.

DATED:  __11/21/11_____



_____
HONORABLE JOSEPH C. SPERO
United States Magistrate Judge