Michael R. Bracamontes (SBN 242655)
Ryan J. Vlasak (SBN 241581)
Kristen M. Ross (SBN 250917)
BRACAMONTES & VLASAK, P.C.
220 Montgomery Street, Suite 870
San Francisco, CA 94104
kross@bvlawsf.com
Phone: (415) 835-6777
Fax:    (415) 835-6780

Attorneys for Plaintiff M. Otis Beard

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| M. OTIS BEARD,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, *et al.*,<br><br>　　　　　Defendants. | **CASE NO.:** 3:11-CV-02479-JCS<br><br>**JOINT STATUS REPORT RE: SETTLEMENT AND [~~PROPOSED~~] ORDER** |

Defendants COUNTY OF ALAMEDA and GREGORY AHERN and Plaintiff M. OTIS BEARD, by and through their respective attorneys of record, (collectively, the "PARTIES"), filed a Notice of Settlement with this Court on November 18, 2011 advising the Court that the case had settled.

In that Notice of Settlement, the parties advised the Court that they were in the process of finalizing settlement documents and anticipated filing a Stipulation to Dismissal in the near future.

On November 21, 2011, the Court issued an Order requiring the parties to file a dismissal or joint status report by January 5, 2012.

Despite the parties' diligence, the parties have been unable to finalize the settlement as of this date. The parties are awaiting the settlement check in this matter from the COUNTY OF ALAMEDA, and expect that the settlement will be finalized, and a dismissal filed, by January 27, 2012.

///

The Parties therefore respectfully request that the Court provide the parties additional time to finalize the settlement, and Order the parties to file a dismissal or joint status report by January 27, 2012.

DATED: January 5, 2012                         BRACAMONTES & VLASAK, P.C.


By:  */s/ Kristen M. Ross*
     Kristen M. Ross
     Attorney for Plaintiff

DATED: January 5, 2012                         BERTRAND, FOX & ELLIOT


By:  */s/ Michael C. Wenzel*
     Michael C. Wenzel
     Attorney for Defendants

**ORDER**

GOOD CAUSE APPEARING THEREFORE, the parties shall file a dismissal or joint status report by January 27, 2012.

IT IS SO ORDERED.

DATED: __January 6, 2012__



_____
Honorable Joseph C. Spero
Judge of the United States District Court

- 3 -

*Beard v. County of Alameda, et al. – Joint Status Report re: Settlement*
*3:11-CV-02479-JCS*