Thomas F. Bertrand, State Bar No. 056560
Michael C. Wenzel, State Bar No. 215388
Joshua K. Clendenin, State Bar No. 245564
Alan J. Chang, State Bar No. 263900
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, CA  94102-1222
Telephone:     (415) 353-0999
Facsimile:      (415) 353-0990

Attorneys for Defendants
COUNTY OF ALAMEDA and GREGORY AHERN

Michael R. Bracamontes, State Bar No. 242655
Ryan J. Vlasak, State Bar No. 241581
Kristen M. Ross, State Bar No. 250917
BRACAMONTES & VLASAK, P.C.
220 Montgomery Street, Suite 870
San Francisco, CA 94104
Phone: (415) 835-6777
Fax: (415) 835-6780

Attorneys for Plaintiff
M. OTIS BEARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. OTIS BEARD,<br><br>             Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, GREGORY AHERN, and DOES 1-20, inclusive,<br><br>             Defendants. | Case No.  C11-02479 JCS<br><br>**JOINT STATUS REPORT RE: SETTLEMENT AND [PROPOSED] ORDER** |

1

JOINT STATUS REPORT RE: SETTLEMENT AND [PROPOSED] ORDER

1  Defendants COUNTY OF ALAMEDA and GREGORY AHERN and Plaintiff M. OTIS
2  BEARD, by and through their respective attorneys of record, (collectively, the "PARTIES"), filed a
3  Notice of Settlement with this Court on November 18, 2011 advising the Court that the case had
4  settled.

5  In that Notice of Settlement, the parties advised the Court that they were in the process of
6  finalizing settlement documents and anticipated filing a Stipulation to Dismissal in the near future.

7  On November 21, 2011, the Court issued an Order requiring the parties to file a dismissal or
8  joint status report by January 5, 2012.

9  On January 6, 2012, the Court issued an order granting an extension to the parties to file a
10 dismissal or joint status report by January 27, 2012.

11 Despite the parties' diligence, the parties have been unable to finalize the settlement as of this
12 date. The parties are awaiting the settlement check in this matter from the COUNTY OF
13 ALAMEDA, and expect that the settlement will be finalized, and a dismissal filed, by
14 February 10, 2012.

15 The Parties therefore respectfully request that the Court provide the parties additional time to
16 finalize the settlement, and Order the parties to file a dismissal or joint status report by
17 February 10, 2012.

18 DATED:  January 27, 2012                           BRACAMONTES & VLASAK, P.C.

19                                                   By:  /s/ Michael R. Bracamontes
20                                                        Michael R. Bracamontes
21                                                        Attorneys for Plaintiff
                                                          M. OTIS BEARD
22

23 DATED:  January 27, 2012                           BERTRAND, FOX & ELLIOT

24                                                   By:  /s/ Michael C. Wenzel
25                                                        Michael C. Wenzel
                                                          Attorneys for Defendants
26                                                        COUNTY OF ALAMEDA and
                                                          GREGORY AHERN
27

28

**ORDER**

GOOD CAUSE APPEARING THEREFORE, the parties shall file a dismissal or joint status report by February 10, 2012.

IT IS SO ORDERED.

DATED: Jan. 31, 2012

_____
Honorable Joseph C. Spero
Judge of the United States District Court

JOINT STATUS REPORT RE: SETTLEMENT AND [~~PROPOSED~~] ORDER