Thomas F. Bertrand, State Bar No. 056560
Michael C. Wenzel, State Bar No. 215388
Joshua K. Clendenin, State Bar No. 245564
Alan J. Chang, State Bar No. 263900
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, CA  94102-1222
Telephone:     (415) 353-0999
Facsimile:     (415) 353-0990

Attorneys for Defendants
COUNTY OF ALAMEDA and GREGORY AHERN


Michael R. Bracamontes, State Bar No. 242655
Ryan J. Vlasak, State Bar No. 241581
Kristen M. Ross, State Bar No. 250917
BRACAMONTES & VLASAK, P.C.
220 Montgomery Street, Suite 870
San Francisco, CA 94104
Phone: (415) 835-6777
Fax: (415) 835-6780

Attorneys for Plaintiff
M. OTIS BEARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. OTIS BEARD,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, GREGORY AHERN, and DOES 1-20, inclusive,<br><br>　　　　　　Defendants. | Case No.  C11-02479 JCS<br><br>**STIPULATION TO DISMISSAL AND [PROPOSED] ORDER** |

---

1
STIPULATION TO DISMISSAL AND [PROPOSED] ORDER

# STIPULATION

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff M. OTIS BEARD, by and through his attorneys of record, and defendants COUNTY OF ALAMEDA and SHERIFF GREGORY AHERN by and through their attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED:  February 2, 2012          BRACAMONTES & VLASAK, P.C.

By:  /s/ Michael R. Bracamontes
Michael R. Bracamontes
Attorneys for Plaintiff
M. OTIS BEARD


DATED:  February 2, 2012          BERTRAND, FOX & ELLIOT

By:  /s/ Michael C. Wenzel
Michael C. Wenzel
Attorneys for Defendants
COUNTY OF ALAMEDA and
GREGORY AHERN


# ORDER

The Court, having read and considered the foregoing stipulation, and good cause appearing, dismisses this action with prejudice, each party to bear its own attorneys fees and costs.

**IT IS SO ORDERED.**

DATED:  Feb. 3, 2012

Judge Joseph C. Spero
Hon. Joseph C. Spero
Judge of the United States District Court

2
STIPULATION TO DISMISSAL AND [PROPOSED] ORDER